KEATHEL CHAUNCEY, ESQ., AS TRUSTEE ONLY UNDER THE WHO DAT LAND TRUST,

      APPELLANT,

v.

US BANK NATIONAL ASS'N, AS TRUSTEE FOR SG MORTGAGE SECURITIES TRUST 2006-FRE2, ASSET-BACKED CERTIFICATES, SERIES 2006-FRE2,

      APPELLEE.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2876

Opinion filed March 8, 2017.

An appeal from the Circuit Court for Bay County.
Hentz McClellan, Judge.

David J. Melvin, Fresh Legal Perspective, PL, Tampa, for Appellant.

Kimberly S. Mello and Laura J. Bassini, Greenberg Traurig, P.A., Tampa; Michele L. Stocker, Greenberg Traurig, P.A., Ft. Lauderdale, for Appellee.

PER CURIAM.

      AFFIRMED.

ROWE, KELSEY, and JAY, JJ., CONCUR.